Baker, appellant, v. Woodbridge.

*Will — execution of — subscribing witnesses.*

On the probate of a will it appeared that neither of the subscribing witnesses thereto saw the testatrix sign it, and to neither of them did she acknowledge that she had signed it, and neither of them saw her name upon it. One of the witnesses testified that S., who drew the will, and called him to witness it, said to him, in the presence of testatrix, holding out to him a paper so folded that he did not see the signature, " that is Mrs. Bell's will," and requested him to sign his name. The testatrix said nothing and did nothing, so far as he remembered. The other witness testified that S. had desired him to come and witness Mrs. Bell's will; that when he went into the room a paper was handed to him, and he signed it; that nothing was said in Mrs. Bell's presence about its being a will. S., who drew the will, did not remember that he was present when it was executed. *Held*, that the will was not executed and published in the manner required by the statute, and that the decree of the surrogate admitting it to probate must be reversed.

This was an appeal from the decree of the surrogate of Columbia county, admitting the will of Electa Bell, deceased, to probate.

*A. Pond,* for appellant.

*J. Cadman,* for respondent.

PARKER, J. [The opinion contains only a summary of the evidence.]

Decree reversed.